[No. 34896-9-II.   Division Two.   July 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS CHRISTOPHER ROWNAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-06123-7, Stephanie A. Arend, J., entered May 26, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 35209-5-II.   Division Two.   July 10, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. BRETT EAGLE TRACY, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00623-0, Stephen M. Warning, J., entered August 3, 2006. *Remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 35258-3-II.   Division Two.   July 10, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SAUNDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00130-3, James B. Sawyer II, J., entered August 21, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 24200-5-III.   Division Three.   July 12, 2007.]

*In the Matter of the Estate of* MAURICE G. HITCHCOCK.

Appeal from a judgment of the Superior Court for Yakima County, No. 84-4-00271-5, Susan L. Hahn, J., entered April 15, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Kato, J. Pro Tem. Now published at 140 Wn. App. 526.